# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.    14-cr-00405-RM-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  BRANDON DAVIS,

    Defendant.

---

## ORDER

---

    PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Raymond P. Moore, United States District Judge, on May 14, 2015, it is hereby

    ORDERED that Defendant, Brandon Davis, is sentenced to **TIME SERVED.**

    Dated:   May 14, 2015.

                                    BY THE COURT:

                                    s/ Raymond P. Moore
                                    RAYMOND P. MOORE,
                                    UNITED STATES DISTRICT JUDGE